**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Stewart, Jr., | District Court No. CV-03-449-PHX-DGC |
| Plaintiff, | Court of Appeals No. 06-15722 |
| vs. | **ORDER** |
| Detention Officer A.M. Deans, | |
| Defendant. | |

Plaintiff has filed a motion to provide transcripts. Doc. #78. For the reasons set forth below, the Court will deny the motion.

On March 29, 2006, the Court issued an order granting Defendant's motion for summary judgment. Doc. #73. The Clerk entered judgment the same day. Doc. #74. On April 13, 2006, Plaintiff filed a notice of appeal from the March 29 order and judgment. Doc. #75.

Plaintiff moves this Court to order the District Clerk and court reporter to prepare "transcripts" of all of the documents in this case and send them to Plaintiff. Doc. #78 at 1. Plaintiff, however, has not completed a transcript designation and order form identifying the transcripts of oral proceedings that he deems necessary to the appeal. Defendant has ordered transcripts of the December 2, 2005 pretrial conference and the January 20, 2006 final pretrial conference. Doc. #79; *see* Docs. ##45, 51. Plaintiff has not indicated whether transcripts of other proceedings are necessary to the appeal.

1   With respect to the pleadings and other documents contained in the Court's original file, the District Clerk will forward these documents, along with the necessary transcripts of oral proceedings, to the Circuit Court pursuant to the Federal Rules of Appellate Procedure and the Ninth Circuit Rules.

**IT IS ORDERED** that Plaintiff's motion to provide transcripts (Doc. #78) is **denied**.

DATED this 12th day of May, 2006.

*David G. Campbell* (signature)
_____
David G. Campbell
United States District Judge